# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 26-1005

**Short Case Caption:** Netflix, Inc. v. Broadcom Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Broadcom Inc. and VMWare LLC

| | |
|---|---|
| **Principal Counsel:** Steven J. Rizzi | Admission Date: 6/6/1996 |
| Firm/Agency/Org.: McKool Smith PC | |
| Address: 1301 Avenue of the Americas, 32nd Floor, New York, NY 10019 | |
| Phone: 212-402-9400 | Email: srizzi@mckoolsmith.com |
| **Other Counsel:** Charles E. Fowler, Jr. | Admission Date: 10/12/2023 |
| Firm/Agency/Org.: McKool Smith PC | |
| Address: 303 Colorado Street, Suite 2100, Austin, Texas 78701 | |
| Phone: 512-692-8700 | Email: cfowler@mckoolsmith.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 10/24/25

Signature: /s/ Steven J. Rizzi

Name: Steven J. Rizzi

**FORM 8A. Entry of Appearance**                                    **Form 8A (p.2)**
                                                                    **July 2020**

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Ramy E. Hanna | Admission Date: 11/21/2013 |
| Firm/Agency/Org.: McKool Smith PC | |
| Address: 600 Travis Street, Suite 7000, Houston, TX 77002 | |
| Phone: 713-485-7300 | Email: rhanna@mckoolsmith.com |
| **Other Counsel:** Christopher McNett | Admission Date: 06/06/2017 |
| Firm/Agency/Org.: McKool Smith PC | |
| Address: 1717 K St. NW, Suite 1000, Washington, DC 20006 | |
| Phone: 202-370-8300 | Email: cmnett@mckoolsmith.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |